IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRONTIER COMMUNICATIONS HOLDINGS, INC. and FRONTIER COMMUNICATIONS CORPORATION, <br> Plaintiffs, <br><br> v. <br><br> AWARE, INC., <br> Defendant | Misc. Action No. 1:22-mc-91148 |

**FRONTIER COMMUNICATIONS' MOTION TO COMPEL THIRD-PARTY AWARE INC. TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**

Pursuant to Fed.R.Civ.P. 45 and L.R. 37.1, Plaintiffs Frontier Communications Holdings Inc. and Frontier Communications Corporation (collectively, "Frontier") respectfully request that the Court enter an order compelling third-party Aware, Inc. ("Aware") to produce documents responsive to the subpoena issued by the Southern District of New York Bankruptcy Court, *see* Ex. 1 (Subpoena)[1], in connection with a patent dispute in *In re: Frontier Communications Corporation et. al.,* Case No. 20-22476 (RDD) (S.D.N.Y.Bnkr.) ("Pending Litigation"). The documents requested are highly relevant (likely case dispositive for much of the Pending Litigation), narrowly tailored, limited, and not available through other known means. Further support for this motion can be found in the accompanying Memorandum of Law.

WHEREFORE, for the reasons set forth above and more fully in the accompanying Memorandum of Law, Frontier respectfully requests that this Court compel Aware Inc. to comply with the Subpoena by producing all responsive, non-privileged documents immediately.

---

[1] The Exhibits are attached to a contemporaneously-filed Declaration of Timothy R. Shannon in Support of Frontier Communications' Motion to Compel Third-Party Aware Inc. to Produce Documents Responsive to Subpoena ("Shannon Decl.").

| | |
|---|---|
| Dated:  March 29, 2022 | Respectfully submitted,<br><br>FRONTIER COMMUNICATIONS CORPORATION and<br>FRONTIER COMMUNICATIONS HOLDINGS, INC.<br><br>By their Attorneys,<br><br>*/s/ Timothy Shannon*<br>Timothy R. Shannon, Esq. (BBO# 655325)<br>Seth S. Coburn (BBO# 681932)<br>DUANE MORRIS LLP<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>Telephone:   (857) 488-4200<br>Facsimile:    (857) 488-4201<br>Email:           trshannon@duanemorris.com<br>                     sscoburn@duanemorris.com |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that Frontier has complied the provisions of L.R. 7.1 and L.R. 37.1 and has conferred with a representative of Aware Inc. and attempted in good faith to obtain the requested documents without court intervention and resolve or narrow the issues raised herein.

*/s/ Timothy R. Shannon*
Timothy R. Shannon

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022, I caused a true and accurate copy of the foregoing document to be served on the counsel for Aware, Inc.in the following manner:

Matthew C. Baltay, Esq. (by email)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA US 02210-2600
mbaltay@foleyhoag.com

*/s/ Timothy R. Shannon*
Timothy R. Shannon